IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES McDERMOTT, | ) | |
| | ) | CIV. S-05-362 GEB PAN |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | <u>ORDER</u> |
| TRUGREEN, INC., TRUGREEN CHEMLAWN, | ) | |
| STANLEY MACDONALD and DOES 1 | ) | |
| through 50 inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

Each party has filed a consent to proceed before the Magistrate Judge for all purposes.  <u>See</u> 28 U.S.C. §636(c).

If the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed.  <u>See</u> Local Rule 73-305(b) (prescribing "notwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral.")

Dated:  April 20, 2005

<u>/s/ Garland E. Burrell, Jr.</u><br>
GARLAND E. BURRELL, JR.<br>
United States District Judge

1

ACCEPTANCE OF REFERRAL

Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment.  All documents hereafter filed shall be denominated as CIV. S-05-362 PAN.

IT IS SO ORDERED.

Dated:  April 20, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge