UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**JAMES MCDERMOTT,**
_____

 Plaintiff(s),                    **2:05-CV-00362-PAN**


               V.
**TRUGREEN ALP, ET AL.,**
_____              ORDER REQUIRING TIMELY SERVICE
 Defendant(s).                         AND JOINT STATUS REPORT

                              -oOo-

    This action has been assigned to District Judge
PETER A. NOWINSKI and, pursuant to Local Rule 72-
302(c)(21), has been referred to Magistrate Judge Peter A.
Nowinski for all purposes encompassed by that provision.
Pursuant to the provisions of Fed. R. Civ. P. 16., it is ORDERED
that:

     1. Service of process shall be completed on all parties
within 120 days of filing the complaint.
////

2. With service of summons and complaint, plaintiff shall serve a copy of this order upon each defendant named herein and upon all parties subsequently joined and file with the clerk a certificate of such service.   Any party who impleads a third-party defendant shall serve upon that party a copy of this order and shall file with the clerk of the court a certificate of such service.

3. If this action was originally filed in a state court and removed to this court, the removing party shall immediately serve upon each of the other parties and upon all parties subsequently joined a copy of this order and shall file with the clerk a certificate of such service;

4. Within 45 days of service of the complaint upon, or appearance by, any defendant, or from the date of removal, plaintiff shall submit a joint status report.   This status report shall describe the nature of the case and shall address the following matters:

> (a) Service of process;
>
> (b) Joinder of additional parties;
>
> (c) Amendment of pleadings;
>
> (d) Jurisdiction and venue;
>
> (e) Anticipated motions;
>
> (f) Anticipated discovery and disclosure
>
>     of expert witnesses;
>
> (g) Future proceedings, including setting
>
>     appropriate deadlines for discovery, motions,

1     and scheduling the pretrial conference and

2        trial;

3      (h) Estimate of length of trial;

4      (i) Modification of standard pretrial procedures

5        specified by the rules due to the relative

6        simplicity or complexity of the action or

7        proceedings;

8      (j) Whether the case is related to any other case,

9        including any matter in bankruptcy;

10      (k) Whether a settlement conference should be

11        scheduled;

12      (l) Any other matters that may add to the just and

13        expeditious disposition of this matter.

14    5. The Court, upon review of the joint status report,

15 may:

16      (a) Make a scheduling order incorporating the

17        suggestions of the parties; or

18      (b) Schedule a status conference.

19    6. Parties appearing without counsel are advised that

20 even though the court will construe their pleadings liberally,

21 the court requires them to comply with all procedural rules

22 governing this action and that failure to obey the federal rules

23 of procedure and local rules and orders of this court, may result

24 in dismissal of this action.

25    7. If all consent, the parties may have this case

26 assigned to the above-identified magistrate judge for all

purposes pursuant to 28 U.S.C. § 636(c), including trial of the

case, while preserving their right of appeal to the Ninth Circuit

Court of Appeals.   An appropriate form for consent to a

magistrate judge is attached.   Any party choosing to consent may

complete the form and return it to the Clerk of the Court.

Neither the magistrate judge nor the assigned district judge will

be notified of the filing of a consent form unless all parties to

the action have consented.

DATE:___April 25, 2005_____

PETER A. NOWINSKI
UNITED STATES MAGISTRATE JUDGE

by:___P. Warren_____
Deputy Clerk