UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES McDERMOTT,

         Plaintiff                CIV. S-05-362 PAN

    v.                                 ORDER

TRUGREEN, INC., TRUGREEN CHEMLAWN, STANLEY MACDONALD and DOES 1 through 50 inclusive,

         Defendants.

—oOo—

On April 20, 2005, pursuant to the consent of the parties, I accepted reassignment of this action for all further proceedings, including entry of final judgment. 28 U.S.C. §636(c). Accordingly, all dates and deadlines previously set in this case are vacated. The Clerk of Court is directed to serve

///

///

///

and file my Order Requiring Timely Service and Joint Status Report.

So ordered.

Dated: April 26, 2005.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge