UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES McDERMOTT,

          Plaintiff,         CIV. S-05-362 PAN

    v.                             ORDER

TRUGREEN, INC., TRUGREEN CHEMLAWN, STANLEY MACDONALD and DOES 1 through 50 inclusive,

          Defendants.

—oOo—

    The first sentence of paragraph "4" of the "Order Requiring Timely Service and Joint Status Report," filed April 25, 2005, is amended to read: "On or before May 25, 2005, the parties shall file separate status reports."

    So ordered.

    Dated: May 4, 2005.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge