IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| James McDermott, ) | |
| ) | Case No. 2:05-CV-00362 PAN |
| Plaintiff, ) | |
| ) | |
| v. ) | CONSENT ORDER OF DISMISSAL |
| ) | |
| TruGreen, Inc., TruGreen ChemLawn, ) | |
| ) | |
| Defendant. ) | |

The parties to the above captioned action hereby stipulate and agree that they have reached an amicable settlement as to all claims that were the subject matter of this dispute. The parties, therefore, agree that this action should be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Dated: July 20, 2005.

    /s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

Consent Order of Dismissal

1
2
3    /s/ James R. Mulroy, II                /s/ Larry Schapiro

4    James R. Mulroy, II (TN 000098)     Larry Schapiro

5    William T. Fiala (TN 022788)        331 J. Street, Suite 200

6    LEWIS FISHER HENDERSON              Sacramento, CA 95814

7    CLAXTON & MULROY, LLP               Telephone: (916) 446-2400

8    6410 Poplar Avenue, Suite 300       Facsimile: (916) 446-2400

9    ATTORNEY FOR PLAINTIFF
                  Memphis, TN 38119
                  Telephone: (901) 767-6160
                  Facsimile: (901) 767-7411

11                James F. Curran, Esq. (Bar #142041)
                  Goldsberry, Freeman, Guzman & Ditora, LLP
12                777 12th Street, Ste. 250
                  Sacramento, CA 95814
13                Phone: (916) 448-0448, ext 250
                  Fax: (916) 448-8628
14
                  ATTORNEYS FOR DEFENDANT
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Consent Order of Dismissal                - 2 -